| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| **NEXUS BANKRUPTCY**<br>Benjamin Heston (297798)<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Tel: 951.290.2827<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## United States Bankruptcy Court
## Central District of California - Los Angeles Division

| In re:<br>Teri Lynne Castelow | CASE NO.:<br><br>CHAPTER: 7 |
|---|---|
| | **DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/27/2022    Teri Lynne Castelow    /s/ Teri Castelow
                    Printed name of Debtor 1    Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date (** *Check only ONE box below* **):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                      Printed name of Debtor 2    Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                                   F 1002-1.EMP.INCOME.DEC

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 64246 ANTELOPE VALLEY UNION H | | | | | 700 | C1D | 11-01-2022 | 2525858 |
| EMPLOYEE NAME | | | EMPLOYEE ID | | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
| CASTELOW, TERI | | | JA9558304 | | S / 01 | S / 01 | 00 | |

| EARNINGS - COMPENSATION | | | | | | DEDUCTIONS/TAXES/MISC | | |
|---|---|---|---|---|---|---|---|---|
| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT | EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
| C M | REGULAR | 10-31-2022 | 9,820.92 | 21.00 | 9,820.92 | PRE-TAX REDUCTIONS | | |
| C L | DOCTORAL | 10-31-2022 | 318.19 | | 318.19 | STRS RED | 1,034.69 | 11,450.02 |
| | | | | | | STRS OPBEN | 294.36- | |
| | | | | | | KAISER R | 313.40 | 1,671.40 |
| | | | | | | **EMPLOYEE DEDUCTIONS** | | |
| | | | | | | MEDCAR DED | 142.47 | 1,602.67 |
| | | | | | | FWT | 1,493.78 | 16,152.52 |
| | | | | | | SWT | 601.87 | 6,459.62 |
| | | | | | | CTA | 115.20 | 911.40 |
| | | | | | | AVTAPAC | 4.00 | 32.00 |
| | | | | | | **EMPLOYER CONTRIBUTIONS** | | |
| | | | | | | STRS CON | 1,936.57 | 19,868.48 |
| | | | | | | MEDCAR CON | 142.47 | 1,602.67 |
| | | | | | | SUI | 49.13 | 552.64 |
| | | | | | | WORK COMP | 241.92 | 2,686.41 |
| | | | | | | MU OMAHA | 8.70 | 48.60 |
| | | | | | | KAISER | 1,329.40 | 10,656.20 |
| | | | | | | DCE | 145.92 | 1,167.36 |

| ******** LEAVE BALANCES ******** | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | | FEDERAL | 9,085.38 | FEDERAL | 99,373.45 | GROSS PAY | 10,139.11 |
| SICK LEAVE | 56.92 | STATE | 9,085.38 | STATE | 99,373.45 | REDUCTIONS | 1,053.73 |
| AS OF DATE | 01-31-2022 | MEDI GROSS | 9,825.71 | MEDI GROSS | 110,529.11 | TAXES | 2,238.12 |
| | | OASDI GROSS | | OASDI GROSS | | DEDUCTIONS | 119.20 |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 10,139.11 | GROSS EARN'S | 112,200.51 | **NET PAY** | **$6,728.06** |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| ANTELOPE VALLEY UNION H | 176 HOLSTON DRIVE | LANCASTER, CA 93535 |

---

ANTELOPE VALLEY UNION H

NO. 2525858

Date Issued 11-01-2022

Amount
$6,728.06

*SIX THOUSAND SEVEN HUNDRED TWENTY-EIGHT AND 06/100 DOLLARS

LOCATION 700
ACCRUAL DATE
10-31-2022

**NOT NEGOTIABLE**

TERI CASTELOW
43010 30TH ST WEST APT 1
LANCASTER, CA 93536

NET PAY IN THE AMOUNT OF    $6,728.06
HAS BEEN DEPOSITED TO YOUR ACCOUNT.

| SCHOOL DISTRICT OF LOS ANGELES COUNTY | | | | | PAY LOCATION | PAY CYCLE | ISSUE DATE | ADVICE NUMBER |
|---|---|---|---|---|---|---|---|---|
| 64246 ANTELOPE VALLEY UNION H | | | | | 700 | C1E | 12-01-2022 | 2668105 |

| EMPLOYEE NAME | EMPLOYEE ID | FEDERAL STATUS / ALLOWANCES | STATE STATUS / ALLOWANCES | ADDITIONAL STATE ALLOWANCES | |
|---|---|---|---|---|---|
| CASTELOW,TERI | JA9558304 | S / 01 | S / 01 | 00 | |

| EARNINGS - COMPENSATION | | | | | | DEDUCTIONS/TAXES/MISC | | |
|---|---|---|---|---|---|---|---|---|
| BASIS | DESCRIPTION | END DATE | RATE | UNITS | AMOUNT | EMPLOYEE DEDUCTIONS | CURRENT AMOUNT | YTD TOTALS |
| C M | REGULAR | 11-30-2022 | 10,508.38 | 16.00 | 10,508.38 | PRE-TAX REDUCTIONS | | |
| C L | DOCTORAL | 11-30-2022 | 214.07 | | 214.07 | STRS RED | 1,094.23 | 12,544.25 |
| | | | | | | KAISER R | 313.40 | 1,984.80 |
| | | | | | | EMPLOYEE DEDUCTIONS | | |
| | | | | | | MEDCAR DED | 150.93 | 1,753.60 |
| | | | | | | FWT | 1,548.84 | 17,701.36 |
| | | | | | | SWT | 625.34 | 7,084.96 |
| | | | | | | CTA | 115.20 | 1,026.60 |
| | | | | | | AVTAPAC | 4.00 | 36.00 |
| | | | | | | EMPLOYER CONTRIBUTIONS | | |
| | | | | | | STRS CON | 2,047.99 | 21,916.47 |
| | | | | | | MEDCAR CON | 150.93 | 1,753.60 |
| | | | | | | SUI | 52.05 | 604.69 |
| | | | | | | WORK COMP | 255.84 | 2,942.25 |
| | | | | | | MU OMAHA | 8.70 | 57.30 |
| | | | | | | KAISER | 1,329.40 | 11,985.60 |
| | | | | | | DCE | 145.92 | 1,313.28 |

| ******** LEAVE BALANCES ******** | | CURRENT TAXABLE BALANCES | | YTD TAXABLE BALANCES | | CURRENT PAY SUMMARY | |
|---|---|---|---|---|---|---|---|
| VACATION | | FEDERAL | 9,314.82 | FEDERAL | 108,688.27 | GROSS PAY | 10,722.45 |
| SICK LEAVE | 56.92 | STATE | 9,314.82 | STATE | 108,688.27 | REDUCTIONS | 1,407.63 |
| AS OF DATE | 01-31-2022 | MEDI GROSS | 10,409.05 | MEDI GROSS | 120,938.16 | TAXES | 2,325.11 |
| | | OASDI GROSS | | OASDI GROSS | | DEDUCTIONS | 119.20 |
| | | CA SDI GROSS | | CA SDI GROSS | | | |
| | | GROSS EARN'S | 10,722.45 | GROSS EARN'S | 122,922.96 | NET PAY | $6,870.51 |

| DISTRICT NAME | DISTRICT ADDRESS | |
|---|---|---|
| ANTELOPE VALLEY UNION H | 176 HOLSTON DRIVE | LANCASTER, CA 93535 |

---

ANTELOPE VALLEY UNION H

NO. 2668105

Date Issued 12-01-2022

Amount
$6,870.51

*SIX THOUSAND EIGHT HUNDRED SEVENTY AND 51/100 DOLLARS

NOT NEGOTIABLE

LOCATION 700
ACCRUAL DATE
11-30-2022

TERI CASTELOW
43010 30TH ST WEST APT 1
LANCASTER, CA  93536

NET PAY IN THE AMOUNT OF    $6,870.51
HAS BEEN DEPOSITED TO YOUR ACCOUNT.