Certificate Number: 14912-CAC-DE-037284384

Bankruptcy Case Number: 22-16999



14912-CAC-DE-037284384

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 22, 2023, at 3:53 o'clock PM EDT, Teri Castelow completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   March 22, 2023            By:   /s/Jai Bhatt

                                                             Name:   Jai Bhatt

                                                             Title:   Counselor