United States Bankruptcy Court

Central District of California

In re:  
Teri Lynne Castelow  
    Debtor

Case No. 22-16999-VZ  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 3  
Date Rcvd: Apr 10, 2023     Form ID: 318a     Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Teri Lynne Castelow, 3807 Sierra Hwy # 64451, Acton, CA 93510-1255 |
| 41385915 | + | AIDVANTAGE / DEPT OF EDUCATION, 1891 METRO CENTER DR, RESTON, VA 20190-5287 |
| 41385929 | | Peter Castelow, 3807 Sierra Hwy # 64344, Acton, CA 93510-1255 |
| 41385933 | + | THOUSAND TRAILS, 2 N Riverside Plz Ste 800, Chicago, IL 60606-2682 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Apr 11 2023 03:49:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Apr 11 2023 03:52:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Apr 11 2023 00:00:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 41385914 | + | Email/Text: backoffice@affirm.com | Apr 11 2023 00:01:00 | AFFIRM, 650 CALIFORNIA ST FL 12, SAN FRANCISCO, CA 94108-2716 |
| 41385915 | + | EDI: MAXMSAIDV | Apr 11 2023 03:49:00 | AIDVANTAGE / DEPT OF EDUCATION, 1891 METRO CENTER DR, RESTON, VA 20190-5287 |
| 41385916 | + | Email/Text: bk@avant.com | Apr 11 2023 00:01:00 | AVANT, 222 N LASALLE ST STE 160, CHICAGO, IL 60601-1003 |
| 41385917 | + | EDI: BANKAMER.COM | Apr 11 2023 03:49:00 | BANK OF AMERICA, 4909 SAVARESE CIR, TAMPA, FL 33634-2413 |
| 41385918 | + | EDI: TSYS2 | Apr 11 2023 03:49:00 | BARCLAYS BANK, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 41385919 | + | EDI: TSYS2 | Apr 11 2023 03:49:00 | BARCLAYS BANK / OLD NAVY, 125 S WEST ST, WILMINGTON, DE 19801-5014 |
| 41385920 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 11 2023 00:04:19 | BEST EGG, 3419 SILVERSIDE RD, WILMINGTON, DE 19810-4801 |
| 41385921 | + | EDI: CAPITALONE.COM | Apr 11 2023 03:49:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 41385923 | + | EDI: CITICORP.COM | Apr 11 2023 03:49:00 | CITIBANK / EXXON MOBILE, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 41385924 | + | EDI: CITICORP.COM | Apr 11 2023 03:49:00 | CITICARDS, PO BOX 6190, SIOUX FALLS, SD 57117-6190 |

| District/off: 0973-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 10, 2023 | Form ID: 318a | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 41385925 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 11 2023 00:04:20 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 41385926 | | EDI: CALTAX.COM | Apr 11 2023 03:52:00 | Franchise Tax Board, Personal Bankruptcy MS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 41385927 | | EDI: IRS.COM | Apr 11 2023 03:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 41385922 | | EDI: JPMORGANCHASE | Apr 11 2023 03:49:00 | CHASE CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 41385928 | + | Email/Text: bankruptcy@marinerfinance.com | Apr 11 2023 00:00:00 | MARINER FINANCE, 8211 TOWN CENTER DR, NOTTINGHAM, MD 21236-5904 |
| 41385930 | + | Email/Text: BANKRUPTCY@SCHOOLSFIRSTFCU.ORG | Apr 11 2023 00:01:00 | SCHOOLSFIRST FEDERAL CREDIT UNION, PO BOX 11547, SANTA ANA, CA 92711-1547 |
| 41385931 | + | EDI: RMSC.COM | Apr 11 2023 03:49:00 | SYNCHRONY / SAMS CLUB, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 41385934 | | Email/Text: bknotice@upgrade.com | Apr 11 2023 00:00:00 | UPGRADE, 275 BATTERY ST FL 23, SAN FRANCISCO, CA 94111 |
| 41385935 | + | EDI: VACU.COM | Apr 11 2023 03:49:00 | VIRGINIA CREDIT UNION, 7500 BOULDER VIEW DR, NORTH CHESTERFIELD, VA 23225-4066 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 41385932 | ##+ | THOUSAND TRAILS, PO Box 26, GAUTIER, MS 39553-0026 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Teri Lynne Castelow bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| John P Pringle (TR) | brenfro@rpmlaw.com jpp@trustesolutions.net;jpringle@rpmlaw.com |
| United States Trustee (LA) | |

District/off: 0973-2                         User: admin                                   Page 3 of 3
Date Rcvd: Apr 10, 2023                      Form ID: 318a                          Total Noticed: 25

ustpregion16.la.ecf@usdoj.gov

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Teri Lynne Castelow** | Social Security number or ITIN  **xxx–xx–2195** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Central District of California** | | |
| Case number:  **2:22-bk-16999-VZ** | | |

## Order of Discharge – Chapter 7                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Teri Lynne Castelow

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 4/10/23


**Dated:** <u>4/10/23</u>                                                       **By the court:** <u>Vincent P. Zurzolo</u>
                                                                                                   United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

                                                                                                                          **14/AUTU**
                                                                                  **For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc            **Order of Chapter 7 Discharge**                                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**